HENRY A. NAU, Respondent, *v.* VULCAN RAIL & CONSTRUCTION COMPANY, Appellant.

Submitted October 20, 1941; decided November 19, 1941.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 188.)

FRED WOLFF, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted October 20, 1941; decided November 19, 1941.

*Charles J. Klyde* and *Irving M. Berry* for motion.

*William C. Chanler,* Corporation Counsel (*Paxton Blair* and *Milton I. Newman* of counsel), opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, upon the ground that this court is without power to grant leave to appeal in an action commenced in the Municipal Court of the City of New York.